JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABEL BANUELOS,                          )      Case No.  CV 09-3704-JVS (DTB)
                                        )
                  Petitioner,           )      **J U D G M E N T**
                                        )
        vs.                             )
                                        )
MATTHEW MARTEL, Warden,                 )
                                        )
                  Respondent.           )
_____ )

        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of
United States Magistrate Judge,
        IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.


DATED:  January 27, 2010

                                        _____
                                        JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE